# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

In re:  MELINDA LEIGH SCOTT
363 KENDRICK LANE, APT 45
FRONT ROYAL, VA 22630

Case No. 12-50723

*Debtor*

## NOTICE TO PARTIES IN INTEREST

Notice is hereby given that a hearing in said cause will be held

in Harrisonburg, Courtroom, 3rd Floor, US Courthouse, 116 N. Main Street, Harrisonburg, VA 22802

on June 20, 2012, at 10:00 AM, to consider and act upon the following matters:

Certification of exigent circumstances Re: Credit Counseling Requirement

John W. L. Craig, II.
*Clerk of Bankruptcy Court*

By: /s/Angelique Spitzer
*Deputy Clerk*
116 N Main St., Room 223
Harrisonburg, VA 22802



Date of issuance:  May 29, 2012
nhh.frm