**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| IN RE: MELINDA LEIGH SCOTT | CHAPTER 7 |
|---|---|
| | CASE NO. 12-50723 |

**ORDER on Debtor's Application for Waiver of the Chapter 7 Filing Fee**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[   ]   GRANTED

    This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[   ]   DENIED

    The debtor shall pay the chapter 7 filing fee according to the following terms:

    $_____ on or before _____

    $ _____ on or before _____

    Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to any attorney or any other person for services in connection with this case.

    IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

[ X ]   SCHEDULED FOR HEARING

    A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on June 20, 2012 at 10:00am at Harrisonburg, Courtroom, 3rd Floor, US Courthouse, 116 N. Main Street, Harrisonburg, VA 22802.

    IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

                                                     BY THE COURT:

DATE: May 29, 2012

                                                                _/s/ Ross W. Krumm_
                                                                   **JUDGE**

B3Border.frm