**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| IN RE: MELINDA LEIGH SCOTT | CHAPTER 7 |
|---|---|
|  | CASE NO. 12-50723 |

**O R D E R**

The above-captioned matter is deficient in the following area(s):

_X_   The petition was filed without certain required schedules and/or statements of financial affairs.

_X_   The petition was filed without official form B22 (Means Test Calculation).

____   The petition was filed without a certification that he/she has received an approved credit counseling briefing in the 180 day period preceding the filing of the petition or a certification of exigent circumstances.

It is accordingly

**O R D E R E D**

that failure to cure said deficiency(ies) within fourteen (14) days from the date the petition was originally filed, or to file a pleading within such time requesting a hearing upon such asserted deficiency(ies), this case may be dismissed without further notice or hearing.

Service of a copy of this Order shall be made to debtor(s) and counsel for debtor(s); trustee, and other parties as may be appropriate.

Entered: May 29, 2012

_____
**ROSS W. KRUMM, JUDGE**

15daydef(K).frm

United States Bankruptcy Court
Western District of Virginia

In re:                                                                    Case No. 12-50723-rwk
Melinda Leigh Scott                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0423-5          User: jarrelsm          Page 1 of 2          Date Rcvd: May 29, 2012
                              Form ID: pdf003         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2012.
db             +Melinda Leigh Scott,   363 Kendrick Lane, Apt. 45,   Front Royal, VA 22630-2862

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 31, 2012**              **Signature:** _Joseph Speetjens_

```
District/off: 0423-5           User: jarrelsm            Page 2 of 2                   Date Rcvd: May 29, 2012
                               Form ID: pdf003          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2012 at the address(es) listed below:
        Bob  Stevens (384920)    trustee@scslawfirm.com,  VA37@ecfcbis.com
        USTrustee    USTPRegion04.RN.ECF@usdoj.gov
        TOTAL: 2