**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| In re: MELINDA LEIGH SCOTT | CASE NO. 12-50723 |
|---|---|
| Debtor(s) | CHAPTER 7 |

**ORDER TO PRO SE DEBTOR**

An order for relief having been entered herein pursuant to 11 U.S.C. Chapter 7 upon a petition filed by you in the United States Bankruptcy Court.

It is **ORDERED** that,

You are responsible for all of your property until a trustee is appointed and qualifies as such. You shall not waste or dispose of any of your property, you shall safely care for and protect the same, and, if in business, you shall preserve all records including but not limited to journals, general ledgers, and checkbooks.

You have received or will receive soon a notice of meeting of creditors. You shall personally appear on the date and time set forth in the notice and submit to examination as to the conduct of your affairs, your property and all other matters which may affect the settlement of your estate. If necessary, you may be ordered to appear subsequent to the meeting of creditors for further examination.

At least seven days prior to the §341 meeting, you must deliver to the trustee and to any creditor who makes a timely request, a copy of your federal income tax return or transcript of the return for the most recent year ending immediately before the commencement of the case and for which a federal income tax return was filed.

You shall bring with you to the meeting of creditors and present to the trustee your homestead deed, if any, and any and all deeds to real property, and any and all insurance policies.

You shall cooperate with and assist all officers of the court, such as the United States Trustee, or any trustee appointed by him or elected by creditors, or any official court appraiser, should one be appointed in your case. If an official appraiser is appointed, you should be prepared to make the property available for appraisal.

You shall obey all orders of the court and your responsibility for doing so does not cease even if a discharge is granted. The discharge does not conclude the bankruptcy proceeding. A discharge may be revoked, for cause.

You shall immediately advise the court and the United States Trustee in writing of any change of your address.

You should be advised that it is the responsibility of the debtor to review and correct returned notices which need a corrected address.

**DATED:    May 29, 2012**

_____
**ROSS W. KRUMM, JUDGE**

Clerk, U.S. Bankruptcy Court
116 N Main St., Room 223
Harrisonburg, VA  22802

opsdkh.frm

United States Bankruptcy Court
Western District of Virginia

In re:  
Melinda Leigh Scott  
    Debtor

Case No. 12-50723-rwk  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0423-5     User: jarrelsm     Page 1 of 2     Date Rcvd: May 29, 2012  
                       Form ID: pdf003    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2012.  
db       +Melinda Leigh Scott,   363 Kendrick Lane, Apt. 45,   Front Royal, VA 22630-2862

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 31, 2012**                    **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0423-5           User: jarrelsm              Page 2 of 2                  Date Rcvd: May 29, 2012
                               Form ID: pdf003            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2012 at the address(es) listed below:
        Bob  Stevens (384920)    trustee@scslawfirm.com, VA37@ecfcbis.com
        USTrustee    USTPRegion04.RN.ECF@usdoj.gov
        TOTAL: 2