# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# <u>HARRISONBURG</u> DIVISION

In re:   MELINDA LEIGH SCOTT
        363 KENDRICK LANE, APT 45
        FRONT ROYAL, VA 22630

Case No. <u>12-50723</u>

*Debtor*

## NOTICE TO PARTIES IN INTEREST

Notice is hereby given that a hearing in said cause will be held

in <u>Harrisonburg, Courtroom, 3rd Floor, US Courthouse, 116 N. Main Street, Harrisonburg, VA 22802</u>

on <u>June 20, 2012</u>, at <u>10:00 AM</u>, to consider and act upon the following matters:

    Certification of exigent circumstances Re: Credit Counseling Requirement

John W. L. Craig, II.
*Clerk of Bankruptcy Court*

By: <u>/s/Angelique Spitzer</u>
*Deputy Clerk*
116 N Main St., Room 223
Harrisonburg, VA 22802



Date of issuance:  <u>May 29, 2012</u>
nhh.frm

United States Bankruptcy Court
Western District of Virginia

In re:
Melinda Leigh Scott
    Debtor

Case No. 12-50723-rwk
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0423-5 | User: spitzera | Page 1 of 2 | Date Rcvd: May 29, 2012 |
|---|---|---|---|
| | Form ID: pdf003 | Total Noticed: 10 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2012.
```
db            +Melinda Leigh Scott,    363 Kendrick Lane, Apt. 45,    Front Royal, VA 22630-2862
3582577       +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
3582578       +Capital One,    PO Box 30273,    Salt Lake City, UT 84130-0273
3582580        George Mason University,    4001 University Blvd.,    Fairfax, VA  22030
3582581       +RPJ Housing,    Mountain Oaks Apartments,    343 Kendrick Lane, #18,    Front Royal, VA 22630-2856
3582576       +Sears,    4340 S. Monaco Street, Unit 2,    Denver, CO 80237-3408
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
              +E-mail/Text: ustpregion04.rn.ecf@usdoj.gov May 29 2012 21:06:38      USTrustee,
                First Campbell Square,    210 First Street, Suite 505,    Roanoke, VA 24011-1620
3582582       +E-mail/Text: electronicbkydocs@nelnet.net May 29 2012 21:06:53      Department of Education,
                121 S. 13th Street,    Lincoln, NE 68508-1904
3582583       +E-mail/PDF: pa_dc_claims@salliemae.com May 30 2012 00:35:21      Sallie Mae,   11100 USA Parkway,
                Fishers, IN 46037-9203
3582579       +E-mail/PDF: bankruptcyverizonwireless@afninet.com May 30 2012 00:21:04      Verizon Wireless,
                20 Alexander Drive,    Wallingford, CT 06492-2458
                                                                                              TOTAL: 4
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 31, 2012**      **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0423-5          User: spitzera            Page 2 of 2            Date Rcvd: May 29, 2012
                              Form ID: pdf003           Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2012 at the address(es) listed below:
              Bob  Stevens (384920)    trustee@scslawfirm.com, VA37@ecfcbis.com
              USTrustee   USTPRegion04.RN.ECF@usdoj.gov
                                                                                                                                TOTAL: 2