**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| IN RE: MELINDA LEIGH SCOTT | CHAPTER 7 |
|---|---|
|  | CASE NO. 12-50723 |

**ORDER on Debtor's Application for Waiver of the Chapter 7 Filing Fee**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[  ]   GRANTED

   This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[  ]   DENIED

   The debtor shall pay the chapter 7 filing fee according to the following terms:

   $_____ on or before _____

   $ _____ on or before _____

   Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to any attorney or any other person for services in connection with this case.

   IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

[ X ]   SCHEDULED FOR HEARING

   A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on <u>June 20, 2012 at 10:00am at Harrisonburg, Courtroom, 3rd Floor, US Courthouse, 116 N. Main Street, Harrisonburg, VA 22802.</u>                .

   IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT:

DATE: May 29, 2012

_____
**JUDGE**

B3Border.frm

```
                          United States Bankruptcy Court
                           Western District of Virginia
In re:                                                      Case No. 12-50723-rwk
Melinda Leigh Scott                                         Chapter 7
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0423-5          User: spitzera              Page 1 of 2              Date Rcvd: May 29, 2012
                              Form ID: pdf003             Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2012.
db           +Melinda Leigh Scott,    363 Kendrick Lane, Apt. 45,    Front Royal, VA 22630-2862
3582577      +Capital One,   PO Box 30281,    Salt Lake City, UT 84130-0281
3582578      +Capital One,   PO Box 30273,    Salt Lake City, UT 84130-0273
3582580       George Mason University,    4001 University Blvd.,    Fairfax, VA 22030
3582581      +RPJ Housing,   Mountain Oaks Apartments,    343 Kendrick Lane, #18,    Front Royal, VA 22630-2856
3582576      +Sears,   4340 S. Monaco Street, Unit 2,    Denver, CO 80237-3408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
             +E-mail/Text: ustpregion04.rn.ecf@usdoj.gov May 29 2012 21:06:38     USTrustee,
               First Campbell Square,   210 First Street, Suite 505,    Roanoke, VA 24011-1620
3582582      +E-mail/Text: electronicbkydocs@nelnet.net May 29 2012 21:06:53     Department of Education,
               121 S. 13th Street,   Lincoln, NE 68508-1904
3582583      +E-mail/PDF: pa_dc_claims@salliemae.com May 30 2012 00:35:21     Sallie Mae,   11100 USA Parkway,
               Fishers, IN 46037-9203
3582579      +E-mail/PDF: bankruptcyverizonwireless@afninet.com May 30 2012 00:21:05     Verizon Wireless,
               20 Alexander Drive,   Wallingford, CT 06492-2458
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 31, 2012              Signature:     _/s/ Joseph Speetjens_

```
District/off: 0423-5           User: spitzera              Page 2 of 2                  Date Rcvd: May 29, 2012
                               Form ID: pdf003             Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2012 at the address(es) listed below:
          Bob  Stevens (384920)    trustee@scslawfirm.com, VA37@ecfcbis.com
          USTrustee    USTPRegion04.RN.ECF@usdoj.gov
                                                                                                                                      TOTAL: 2