UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| In re: MELINDA L. SCOTT | CASE NO. 12-50723 |
|---|---|
| Debtor(s) | CHAPTER |

### STATEMENT OF DEBTOR AS TO ASSISTANCE BY NON-ATTORNEY IN REGARDS TO PREPARING AND FILING PETITION

The above debtor hereby discloses the following information concerning assistance in connection with the filing of this bankruptcy case:

(X) 1)   No assistance was provided.

(  ) 2)   Name, address, social security number, and telephone number of person or firm who provided assistance:

_____
_____
_____
_____

3)   Amount Amount paid for same: $_____

4)   Method of payment: _____

5)   Balance due, if any: $_____

I declare under penalty of perjury that the foregoing information given in regards to assistance by non-attorney in the filing of this petition is true and correct to the best of my information and belief.

Executed at _____
Executed on _____

_____
Debtor

_____
Joint Debtor

soda.frm

FILED-HARRISONBURG, VA
U.S. BANKRUPTCY COURT

JUN - 8 2012

By_____
DEPUTY CLERK

001782                            2510400178507O