# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### HARRISONBURG DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MELINDA LEIGH SCOTT | ) | Case No. 12-50723 |
| | ) | |
| Debtor. | ) | |

## ORDER

At Harrisonburg in said District this 20th day of June, 2012:

A hearing was scheduled for June 20, 2012, to consider the Debtor's Statement of Exigent Circumstances regarding credit counseling and her Application to Proceed in *forma pauperis*. Debtor contacted chambers prior to the hearing and explained that she did not have her own form of transportation and that her ride to the hearing on June 20, 2012 was no longer available. The Debtor lives in Front Royal and asked that the hearing be postponed. The Court wishes to continue the hearing to a date certain in order to allow the Debtor an opportunity to attend. Accordingly it is

## ORDERED

That the Debtor's Motion for Exigent Circumstances regarding credit counseling and Application to Proceed in *forma pauperis* are **CONTINUED** to July 3, 2012 at 10:00 a.m. in the United States Bankruptcy Court, 3rd Floor Courtroom, 116 North Main Street, Harrisonburg, VA 22802.

Copies of this Order are directed to be sent to the Debtor, Melinda Leigh Scott, 363 Kendrick Lane, Apt 45, Front Royal, Virginia 22630; and the Chapter 7 Trustee, Bob Stevens, Esquire.

Dated: June 20, 2012

*/s/ Ross W. Krumm*
_____

Ross W. Krumm
U.S. Bankruptcy Judge

1