UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **MELINDA LEIGH SCOTT** | ) | Case No. 12-50723 |
| | ) | |
| Debtor. | ) | |

**ORDER**

At Harrisonburg in said District this 5th day of July, 2012:

A hearing was scheduled for June 20, 2012, to consider the Debtor's Statement of Exigent Circumstances regarding credit counseling and her Application to Proceed in *forma pauperis*. Debtor contacted chambers prior to the hearing and explained that she did not have her own form of transportation and that her ride to the hearing on June 20, 2012 was no longer available. The Debtor lives in Front Royal and asked that the hearing be postponed. The Court granted a continuance to July 3, 2012. The Debtor did not appear at the July 3, 2012 hearing. The Court wishes to continue the hearing to a date certain and for the Debtor to appear and show cause why her case should not be dismissed. Accordingly it is

**ORDERED**

That the Debtor is to **APPEAR and SHOW CAUSE** on August 8, 2012 at 10:00 a.m. in the United States Bankruptcy Court, 3rd Floor Courtroom, 116 North Main Street, Harrisonburg, VA 22802 why her case should not be dismissed. Debtor's Motion for Exigent Circumstances regarding credit counseling and Application to Proceed in *forma pauperis* are also **CONTINUED** to August 8, 2012 at 10:00 a.m. in the United States Bankruptcy Court, 3rd Floor Courtroom, 116 North Main Street, Harrisonburg, VA 22802.

Copies of this Order are directed to be sent to the Debtor, Melinda Leigh Scott, 363 Kendrick Lane, Apt 45, Front Royal, Virginia 22630; and the Chapter 7 Trustee, Bob Stevens, Esquire.

Dated: July 5, 2012

*Ross W. Krumm*
_____

Ross W. Krumm
U.S. Bankruptcy Judge

1

United States Bankruptcy Court
Western District of Virginia

In re:                                                                Case No. 12-50723-rwk
Melinda Leigh Scott                                                   Chapter 7
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0423-5          User: morrisl          Page 1 of 2            Date Rcvd: Jul 05, 2012
                              Form ID: pdf003        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2012.
db           +Melinda Leigh Scott,   363 Kendrick Lane, Apt. 45,   Front Royal, VA 22630-2862

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 07, 2012**                    **Signature:** _Joseph Speetjens_

```
District/off: 0423-5          User: morrisl           Page 2 of 2          Date Rcvd: Jul 05, 2012
                              Form ID: pdf003         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2012 at the address(es) listed below:
        Bob  Stevens (384920)    trustee@scslawfirm.com,  VA37@ecfcbis.com
        USTrustee    USTPRegion04.RN.ECF@usdoj.gov
        TOTAL: 2