UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

_____

IN RE:  MELINDA SCOTT                    CHAPTER 7
         Debtor                          CASE NO. 12-50723-RBC-7
_____

### TRUSTEE'S CERTIFICATION THAT CASE SHOULD BE DISMISSED

Comes now Robert Stevens, the Chapter 7 Trustee appointed herein, and reports that this case should be dismissed without further notice or opportunity for hearing because the Debtor has failed to provide the Trustee with a copy of her most recent federal tax return, as required by 11 U.S.C. § 521(e)(2)(A)(i).  The Debtor was required to have provided said tax return not later than 7 days prior to the first 341 Meeting of Creditors, which was June 27, 2012, and the Debtor still has not provided a copy of same.

Wherefore, your Trustee requests that this case be dismissed without prejudice without further notice or opportunity for hearing and for such other relief that the Court deems appropriate.

Dated:  August 6, 2012                   Respectfully submitted,
                                         Robert Stevens, Chapter 7 Trustee


/s/ Robert S. Stevens
_____
Robert S. Stevens, Esq.
501 Grove Avenue
Charlottesville, Va. 22902
(434) 973-5012; fax: 270-596-3752
       Chapter 7 Trustee

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Trustee's Certification was mailed, postage prepaid, on August 6, 2012, to the Debtor(s) at the address set forth in the petition and mailed to or electronically served on counsel to Debtor(s), if any.

/s/ Robert Stevens