Melinda Leigh Scott
1370 N Shenandoah Ave.
Front Royal, VA 22630

12- 50723

United States Bankruptcy Court
Harrisonburg / Western District of Virginia
116 N Main St
Harrison, VA 22802

August 4, 2012

    RE:  ORDER of July 5, 2012-08-04

To the Honorable Court:

    This letter is in reference to an Order dated July 5, 2012 for me to appear before this Honorable Court on August 8, 2012 at 10:00 am.

    I am writing to let you know what I have beforehand communicated to the Clerk's office and to my Trustee, Bob Stevens over the telephone.

    If it is a requirement of the US Code that I appear at meetings and Court hearings, in order to exercise my rights to file Bankruptcy, then it should be available to citizens <u>without additional property and financial contingencies and without undue burden</u>.

    As notated in my Bankruptcy papers, I do not own a car. There is no public transportation available between Front Royal, Va and Harrisonburg, Va. There is no public transportation available between Front Royal, Va and the Western District of Virginia Bankruptcy Court. There are no Greyhound buses or Amtrak trains that run between Front Royal, Virginia and Harrisonburg, Va. As a Chapter 7 filer, hiring a taxi in two directions is way out of my means.

    The US Code cannot and does not require people to own a car. Nor, do I feel that it is fair and judicious that a requirement of the US Code should include relying one's personal contacts to satisfy a requirement of the Court.

    Chapter 7 filers whose financial means are particularly scare, can be discriminated against through these requirements when the requirements of Bankruptcy require them to travel places that have no public transportation, have contacts that can take off from employment, or leave them paying excessive taxi fees.

    I called beforehand to make the Clerk's office and my Trustee aware of this, and I was still denied an over the phone hearing.



FILED-HARRISONBURG, VA
U.S. BANKRUPTCY COURT

AUG - 8 2012

By _____
DEPUTY CLERK

Having the hearings and meetings at a location I cannot reach places unfair property and financial contingencies as well as an undue burden on me to gain fair access to my right to file Bankruptcy.

I will not be able to attend meetings and required hearings if such a requirement is placed with undue burden upon the exercise of my rights.

Thank you,

Melinda L. Scott
Case No. 12-50723