**UNITED STATES BANKRUPTCY COURT**
**for the Western District of Virginia**
**Harrisonburg Division**

| | |
|---|---|
| **In re: Melinda Leigh Scott** | **CASE NO. 12–50723** |
| **Debtor(s)** | **CHAPTER 7** |

**ORDER DISMISSING CASE**

For the reasons set forth in the Notice or Motion, and for good cause shown, it is

O R D E R E D

that the above case(s) and all related <u>pending</u> motions and adversary proceedings arising therein, unless on appeal, be, and the same hereby are, dismissed without predjudice.

It is further

O R D E R E D

that upon the trustee filing a final report herein, the same shall be deemed approved without further ORDERS and the trustee and trustee's bond released and discharged from further liability herein unless proper objection is made to said final report within fourteen (14) days after filing of same or such extended time as may be granted upon proper application made within said fourteen (14) days period, and the estate be closed. <u>If the Discharge Order has been issued,</u>

<u>the same is recinded.</u>

If the case is a Chapter 13 case, it is further

O R D E R E D

that the employer, if heretofore ordered to do so, shall cease making deductions from debtor(s)' wages to be paid to the trustee.

Service of a copy of this Order shall be by mail to the debtor(s), attorney for the debtor(s), trustee, employer, if applicable, U.S. Trustee, and all parties on the current mailing matrix.

**Entered:** 8/7/12

*Rebecca B Connelly*
REBECCA B CONNELLY, JUDGE

van02.jsp

United States Bankruptcy Court
Western District of Virginia

In re:                                                                 Case No. 12-50723-rbc
Melinda Leigh Scott                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0423-5          User: morrisl          Page 1 of 2          Date Rcvd: Aug 07, 2012
                              Form ID: van02         Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2012.
db          #+Melinda Leigh Scott,   363 Kendrick Lane, Apt. 45,   Front Royal, VA 22630-2862
3582580      George Mason University,   4001 University Blvd.,   Fairfax, VA   22030
3582581     +RPJ Housing,   Mountain Oaks Apartments,   343 Kendrick Lane, #18,   Front Royal, VA 22630-2856
3582576     +Sears,   4340 S. Monaco Street, Unit 2,   Denver, CO 80237-3408
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
3621825     +EDI: ATLASACQU.COM Aug 07 2012 20:48:00     Atlas Acquisitions LLC,   294 Union St.,
              Hackensack, NJ 07601-4303
3582577     +EDI: CAPITALONE.COM Aug 07 2012 20:48:00     Capital One,   PO Box 30281,
              Salt Lake City, UT 84130-0281
3582578     +EDI: CAPITALONE.COM Aug 07 2012 20:48:00     Capital One,   PO Box 30273,
              Salt Lake City, UT 84130-0273
3582582     +E-mail/Text: electronicbkydocs@nelnet.net Aug 07 2012 20:53:34     Department of Education,
              121 S. 13th Street,   Lincoln, NE 68508-1904
3582583     +EDI: SALMAESERVICING.COM Aug 07 2012 20:48:00     Sallie Mae,   11100 USA Parkway,
              Fishers, IN 46037-9203
3582579     +EDI: AFNIVZWIRE.COM Aug 07 2012 20:48:00     Verizon Wireless,   20 Alexander Drive,
              Wallingford, CT 06492-2458
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 09, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0423-5           User: morrisl              Page 2 of 2                   Date Rcvd: Aug 07, 2012
                               Form ID: van02             Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2012 at the address(es) listed below:
              Bob   Stevens (384920)    trustee@scslawfirm.com, VA37@ecfcbis.com
              USTrustee    USTPRegion04.RN.ECF@usdoj.gov
                                                                                             TOTAL: 2
```